# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER JESSIE HALL, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-19-874-F ) |
| MUSKOGEE CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

After conducting the requisite screening of plaintiff's *pro se* complaint, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, recommending that plaintiff's 42 U.S.C. § 1983 action be transferred to the United States District Court for the Eastern District of Oklahoma. Magistrate Judge Purcell advised plaintiff of his right to file an objection to the Report and Recommendation by October 10, 2019 and further advised that failure to timely object would waive appellate review of the recommended ruling.

To date, plaintiff has neither filed an objection to the Report and Recommendation nor sought an extension of time to file one. With no objection to the Report and Recommendation being filed, the court finds that plaintiff has waived his right to appellate review of the recommended ruling. Vega v. Suthers, 195 F.3d 573, 579 (10th Cir. 1999); United States v. One Parcel of Real Property, 73 F.3d 1057, 1059, 1061 (10th Cir. 1996).

Accordingly, the court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the Report and Recommendation (doc. no. 5) issued by United States Magistrate Judge

Gary M. Purcell on September 20, 2019.  This action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

    IT IS SO ORDERED this 24th day of October, 2019.

_____<br>
STEPHEN P. FRIOT<br>
UNITED STATES DISTRICT JUDGE

19-0874p001.docx